**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,  )
                              Plaintiff, )   06-3270M
          v.  )
                                     )   ORDER OF DETENTION
Brian James Conde,  )
                             Defendant.  )
_____)

     In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.

     The Court incorporates and adopts by reference the assessment of nonappearance/danger findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter.

     Defendant does not dispute the information contained in the Pretrial Services Report.

     The Court concludes, by a preponderance of the evidence, that defendant is a flight risk and requires detention pending trial.

     The Court also concludes, that no condition or combination of conditions will reasonably assure the appearance of defendant as required.

     IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

     DATED this 20th day of September, 2006.

*/s/ Edward C. Voss*
Edward C. Voss
United States Magistrate Judge